**James Thomas WATLINGTON, Plaintiff–Appellant,**

v.

**Villangeva ALVAREZ; Major Lycett; Cindy Horne, Counselor, Defendants–Appellees.**

**No. 02–6552.**

United States Court of Appeals, Fourth Circuit.

Submitted May 30, 2002.

Decided June 10, 2002.

James Thomas Watlington, Appellant Pro Se.

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

James Thomas Watlington appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Watlington v. Alvarez,* No. CA-02-272-AM (E.D.Va. Mar. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*